*In re* **GREEN**, Spurgeon III (MR 21108)
Warner Robins, GA

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Spurgeon Green III, who has been disciplined in the State of Georgia, is disbarred in the State of Illinois.

*In re* **HARRISON**, Rodney Lane (MR 20932)
Urbana, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed. Effective immediately, respondent Rodney Lane Harrison is suspended from the practice of law for three years and until further order of the Court and until he makes restitution of $17,982.10 to Lisa Voelker.

Garman, J., dissenting.

Justice Garman would disbar respondent.